HARRY STERN, PETITIONER *vs*. FRASER PAPER, LIMITED.

Penobscot.   Opinion, December 4, 1941.

PER CURIAM.

This is a Petition to rectify alleged errors in the Opinion in the case of *Harry Stern* v. *Fraser Paper, Limited* argued before the Law Court at the June Term, 1941, and appearing in 138 Me., 98, and 22 A., 2d, 129.

A careful examination of the original case discloses no error

of law or fact in the Opinion rendered which requires correction.

*Petition dismissed.*
*Motion denied.*